**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1168

HENRY FLOYD GILCHRIST,

                Plaintiff - Appellant,

        v.

SOUTH CAROLINA HIGHWAY PATROL; GREENVILLE CASUALITY
INSURANCE COMPANY INC.; VITALIY PIPENKO; V Y EXPRESS INC.,
a/k/a Vera Vitalyevn Pipenko; STATE AUTO INSURANCE
COMPANIES; JACKIE PAGE; MARY BLACK HOSPITAL; ALLSTATE FIRE
AND CASUALTY INSURANCE COMPANY; GEROD ALLISON, Allstate
Agency,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Timothy M. Cain, District
Judge.  (7:11-cv-03129-TMC)

Submitted:  April 26, 2012            Decided:  May 3, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Henry Floyd Gilchrist, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Floyd Gilchrist seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2011). The magistrate judge recommended that relief be denied and advised Gilchrist that the failure to file timely and specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Gilchrist has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2